[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1810

FRIEDRICH LU,

Plaintiff, Appellant,

v.

DAVID CHRISTIANI, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard Stearns, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Selya and Stahl, Circuit Judges. 



Friedrich Lu on brief pro se. 
Susan M. Donnelly, B.B.O. and Murphy & Riley, P.C. on brief for 
appellees.



December 18, 1997


Per Curiam. Upon careful review of the briefs and 

record, we conclude that the district court properly

dismissed appellant's amended complaint because it did not

state a cognizable federal claim. To the extent that

appellant attempts to raise other issues in this appeal,

those issues do not merit further comment.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-